ORIGINAL

FILED

03/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0091

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0091

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ALOYSIUS DENNIS BLACK CROW,

Defendant and Appellant.

FILED

MAR 2 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Aloysius Dennis Black Crow moves this Court "to have the felony parole violation warrant included into the dismissal that was handed down by the Honorable Kim Christopher on February 17, 2022." The dismissal order is the basis of Black Crow's appeal. Black Crow also asks that this Court dismiss the felony parole violation. The State of Montana has not filed a response to his motion.

This Court received the Lake County District Court record on March 16, 2023. The court record includes a copy of the parole violation warrant that Black Crow references. M. R. App. P. 8(1) and 9(1). His motion is moot. His other request for dismissal is not appropriate upon a motion. M. R. App. P. 16(1). Black Crow may argue any issue concerning the parole violation in his briefs, if he preserved it for appeal. M. R. App. P. 12(1). Barring that observation, this Court will not be reviewing the record prior to the completion of briefing and classification upon being sent to the Court. M. R. App. P. 19(1). Therefore,

IT IS ORDERED that Black Crow's Motion to Include the Felony Parole Violation Warrant with the February 17, 2022 Order is DENIED, as moot.

The Clerk is directed to provide a copy of this Order to counsel of record and to Aloysius Dennis Black Crow along with a copy of this Court's Appellate Handbook.

DATED this 27th day of March, 2023.

For the Court,

By _____
Chief Justice